USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**DONNA HEDGES,** *on behalf of herself and all other persons similarly situated,*

          **Plaintiff,**

   -against-

**AVOCADO & TOAST, INC., ET AL.,**

          **Defendants.**

-------------------------------------------------------------x

20-CV-2021 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  It is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**  **October 5, 2020**
     **New York, New York**

               _____
               **HON. ANDREW L. CARTER, JR.**
                **United States District Judge**